**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 19-23371-Civ-COOKE/GOODMAN**

ANDRES GOMEZ,

    Plaintiff,

vs.

BEACON-FL LLC,

    Defendant.

_____/

**ORDER OF DISMISSAL**

    THIS CASE has been **DISMISSED** *with prejudice* under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear their own attorneys' fees and costs, except as otherwise provided under the terms of their settlement agreement. *See* Joint Stipulation of Dismissal with Prejudice, ECF No. 21. The Clerk will **CLOSE** this case. The Court **DENIES** *as moot* any pending motions.

    **DONE and ORDERED** in chambers, at Miami, Florida, this 2nd day of April 2020.

*[signature: Marcia G. Cooke]*

MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Jonathan Goodman, U.S. Magistrate Judge*
*Counsel of Record*